UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WEST COAST FUND, LLC,

    Plaintiff,

v.                                                   Case No. 3:16cv371-RV-CJK

DIAN A. CURTIS, et al.;

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 27, 2016 (doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Defendant Cheri Lynn Meyer has filed an "Affidavit in Support of Decree and Order" (doc. 21), which is construed as an objection to the Report and Recommendation.

Having considered the Report and Recommendation, and the objection thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, the court hereby ORDERS and ADJUDGES as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  This matter is hereby REMANDED to the state court from which it was removed.

3.  The clerk is directed to close the file.

DONE AND ORDERED this 28th day of October, 2016.


/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE